# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KAHLIL HOWARD

NO. 2021 KW 1299

**DECEMBER 20, 2021**

---

In Re:    Kahlil Howard, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          34446.

---

BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.** We have been advised by relator's counsel that on November 9, 2021, relator entered a plea to a reduced charge. Therefore, relator's request to seek review of pretrial rulings is moot.

PMc
MRT

**Welch, J.,** concurs and would deny the writ application as moot.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT